FOLEY, Administrator of WALLACE, *v.* WALLACE.—In Error.

THE transcript states that Mrs. *Wallace*, as the widow of *E. B. Wallace*, deceased, filed a claim for 150 dollars of the personal estate of the deceased. Judgment against *Foley*, administrator of said estate, for said amount of said estate.

The administrator does not appear to have had any

notice, actual or constructive, of the filing of this claim. The proceeding, for aught shown by the transcript, was entirely *ex parte* by the claimant.

The judgment is reversed with costs. Cause remanded, &c. Costs here.

*H. Newcomb*, for the plaintiff.

*J. G. Marshall*, for the defendant.